# United States District Court
## Violation Notice

CVB Location Code: **WW13**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 4512976 | McCranie | M9157 |

4512976

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged | □ CFR  □ USC  □ State Code |
|---|---|---|
| 09/11/2014  1043 | RCW 46.61.400 | |

**Place of Offense:** East Lincoln Perimeter / 150th JBLM

**Offense Description: Factual Basis for Charge** — HAZMAT N

Speed too fast for conditions

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Swift | Laney | |

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| C85258A | WA | 15 | HINO | | Silver |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 50.00 Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ 75.00 Total Collateral Due

### YOUR COURT DATE

Court Address: 
Date (mm/dd/yyyy): 
Time (hh:mm): 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signed]

(Rev. 01/2011)  Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **14 September**, 20 **14** while exercising my duties as a law enforcement officer in the **Western** District of **Washington**.

**11 SEPTEMBER    14**
**WESTERN        WASHINGTON**

AT APPROXIMATELY 1043 HRS, I WAS DISPATCHED TO A SINGLE VEHICLE ROLLOVER ACCIDENT WITHOUT INJURIES ON EAST LINCOLN NEAR 150TH ST. THE DEFENDANT'S VEHICLE WAS TRAVELING NORTHEAST AND LEFT THE ROADWAY ON EAST LINCOLN AVE JUST PRIOR TO A TURN, ROLLING ONTO ITS SIDE CAUSING MAJOR DISABLING DAMAGE TO HIS VEHICLE. BASED ON THE DEFENDANT'S VEHICLE EVIDENCE, WITNESS STATEMENTS, AND CONDITIONS AT THE TIME, MY INVESTIGATION REVEALED THAT THE DEFENDANT WAS DRIVING IN A MANNER THAT WAS TOO FAST FOR CONDITIONS AND HIS EXPERIENCE LEVEL WHEN HIS PASSENGER SIDE REAR WHEELS LEFT THE ROADWAY ONTO THE GRAVEL SHOULDER CAUSING THE DEFENDANT TO OVERCORRECT. THIS ACTION CAUSED THE LIQUID WEIGHT IN THE VEHICLE'S REAR TANK TO SHIFT AND WHEN COMBINED WITH THE DEFENDANTS SPEED CAUSED THE DEFENDANT TO LOSS CONTROL, CROSS THE ONCOMING LANE AND ROLL ONTO ITS PASSENGER SIDE FACING SOUTHWEST. THE DEFENDANT WAS ISSUED (1) DISTRICT COURT VIOLATION NOTICE FOR SPEED TOO FAST FOR CONDITIONS AND RELEASED.

**CONDITIONS: TRAFFIC: LIGHT    WEATHER: CLEAR**
**STREET: DRY    LIGHTING: DAYLIGHT**

The foregoing statement is based upon:

☒ my personal observation       ☒ my personal investigation
☒ Information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/11/2014    [signed]
Date (mm/dd/yyyy)           Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident